```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                       DIVISION OF ST. CROIX


COMMISSIONER OF THE DEPARTMENT    :   CIVIL ACTION
OF PLANNING AND NATURAL           :
RESOURCES, ROBERT S. MATHES,      :
et al.                            :
                                  :
     v.                           :
                                  :
CENTURY ALUMINA COMPANY,          :
LLLP, et al.                      :   NO. 05-0062
```

ORDER

AND NOW, this 19th day of June, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs Robert Mathes, Commissioner of the Department of Planning and Natural Resources, and the Government of the Virgin Islands to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [262] is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    C.J.