```
            IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                       DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT    :     CIVIL ACTION
OF PLANNING AND NATURAL           :
RESOURCES, ROBERT S. MATHES,      :
et al.                            :
                                  :
         v.                       :
                                  :
CENTURY ALUMINA COMPANY, LLC,     :
et al.                            :     NO. 05-62
```

ORDER

AND NOW, this 11th day of March, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant St. Croix Renaissance Group, LLLP for partial summary judgment regarding ownership of the Alucroix Channel (Doc. No. 627) is GRANTED in part and DENIED in part;

(2)  the motion is granted to the extent that St. Croix Renaissance Group, LLLP owns the land described in the 1962 and 1963 deeds conveying Krause Lagoon from the Government of the Virgin Islands to Harvey Aluminum, Inc.; and

(3)  the motion is denied in all other respects.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                              HARVEY BARTLE III            C.J.
                              SITTING BY DESIGNATION