```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                      DIVISION OF ST. CROIX
```

| | | |
|---|---|---|
| COMMISSIONER OF THE DEPARTMENT | : | CIVIL ACTION |
| OF PLANNING AND NATURAL | : | |
| RESOURCES, ALICIA V. BARNES, | : | |
| et al. | : | |
| | : | |
| v. | : | |
| | : | |
| CENTURY ALUMINA COMPANY, LLC, | : | |
| et al. | : | NO. 05-62 |

## ORDER

AND NOW, this 30th day of November, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the caption of this action is AMENDED to correct the spelling of the defendant "Century Alumina Company, LLC" to read "Century Aluminum Company, LCC";

(2) the motion of defendant Century Aluminum Company, LLC for summary judgment (Doc. No. 759) is GRANTED; and

(3) the motion of plaintiffs "that the Motion for Summary Judgment by Century Aluminum Company Be Denied as Premature Pending the Completion of Essential Discovery" (Doc. No. 772) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III                    J.
SITTING BY DESIGNATION