```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                     DIVISION OF ST. CROIX
```

| | | |
|---|---|---|
| COMMISSIONER OF THE DEPARTMENT OF PLANNING AND NATURAL RESOURCES, ALICIA V. BARNES, et al. | : : : : : | CIVIL ACTION |
| v. | : : | |
| CENTURY ALUMINUM COMPANY, LLC, et al. | : : | NO. 05-62 |

                            JUDGMENT

    AND NOW, this 30th day of November, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that judgment is entered in favor of defendant Century Aluminum Company, LLC and against plaintiffs Commissioner of the Department of Planning and Natural Resources and the Government of the Virgin Islands on all counts.

                                BY THE COURT:


                                /s/ Harvey Bartle III
                                HARVEY BARTLE III           J.
                                SITTING BY DESIGNATION