```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                    DIVISION OF ST. CROIX
```

DEPARTMENT OF PLANNING AND          :       CIVIL ACTION
NATURAL RESOURCES, et al.           :
                                    :
         v.                         :
                                    :
CENTURY ALUMINUM COMPANY, et al.:           NO.  05-62

ORDER

      AND NOW, this 3rd day of January, 2012, it is hereby ORDERED that:

      1. the docket entry dated December 21, 2011 ("text entry only" between Dkt. 953 and Dkt. 954) scheduling a status conference for January 12, 2012 at 9:30 a.m. is VACATED;

      2. the public hearing on the joint motion of plaintiffs and defendants St. Croix Alumina, LLC, Alcoa World Aluminum, LLC, and St. Croix Renaissance Group, LLLP to approve and enter a consent decree (Dkt. 897) will proceed on January 12, 2012 at 9:30 a.m. at the Courthouse, 3013 Estate Golden Rock, St. Croix as previously scheduled (Dkt. 903);

      3. although described as a "public hearing" in this order and in the court's order of November 22, 2011 (Dkt. 903), counsel for all parties shall be prepared to make any oral argument in support of or in opposition to the proposed consent decree during the hearing on January 12, 2012; and

4. the Clerk of Court shall make available for inspection and photocopying any comments received in support of or in opposition to the proposed consent decree.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III           J.
SITTING BY DESIGNATION