```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                     DIVISION OF ST. CROIX

DEPARTMENT OF PLANNING AND       :      CIVIL ACTION
NATURAL RESOURCES, et al.        :
                                 :
     v.                          :
                                 :
CENTURY ALUMINUM COMPANY, et al.:       NO.  05-62
```

ORDER

AND NOW, this 5th day of January, 2012, it is hereby ORDERED that:

1. the motion of defendants Hess Oil Virgin Islands Corporation and HOVENSA, LLC for leave to file a sur-reply (Dkt. 970) is GRANTED; and

2. defendants Hess Oil Virgin Islands Corporation and HOVENSA, LLC, on or before January 9, 2012, may file and serve a sur-reply not to exceed 5 pages in opposition to the joint motion of plaintiffs and defendants St. Croix Alumina, LLC, Alcoa World Aluminum, LLC, and St. Croix Renaissance Group, LLLP to approve and enter a consent decree (Dkt. 897).

```
                         BY THE COURT:


                         /s/ Harvey Bartle III
                         HARVEY BARTLE III            J.
                         SITTING BY DESIGNATION
```