```
                IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                        DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT   :        CIVIL ACTION
OF PLANNING AND NATURAL          :
RESOURCES, ALICIA V. BARNES,     :
et al.                           :
                                 :
            v.                   :
                                 :
CENTURY ALUMINUM COMPANY,        :
et al.                           :        NO. 05-62
```

ORDER

   AND NOW, this 1st day of February, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

   (1)  the motion of plaintiffs to compel defendants Hess Oil Virgin Islands Corporation and HOVENSA, LLC to produce marine data (Doc. #988) is DENIED; and

   (2)  the motion of defendants Hess Oil Virgin Islands Corporation and HOVENSA, LLC to file a sur-reply (Doc. #1,000) is DENIED.

       BY THE COURT:


       /s/ Harvey Bartle III
       HARVEY BARTLE III    J.
       SITTING BY DESIGNATION