```
            IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                       DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT    :    CIVIL ACTION
OF PLANNING AND NATURAL           :
RESOURCES, ALICIA V. BARNES,      :
et al.                            :
                                  :
          v.                      :
                                  :
CENTURY ALUMINA COMPANY, LLC,     :
et al.                            :    NO. 05-62
```

ORDER

AND NOW, this 13th day of February, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the joint motion of the Government of the U.S. Virgin Islands, the Commissioner of the Virgin Islands Department of Planning and Natural Resources, St. Croix Alumina, LLC, Alcoa World Alumina, LLC, and St. Croix Renaissance Group, LLLP for entry of a consent decree is GRANTED.

```
                              BY THE COURT:

                              /s/ Harvey Bartle III
                              HARVEY BARTLE III              J.
                              SITTING BY DESIGNATION
```