IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| COMMISSIONER OF THE DEPARTMENT OF PLANNING AND NATURAL RESOURCES, ALICIA V. BARNES, et al. | : : : : : | CIVIL ACTION |
| v. | : : | |
| CENTURY ALUMINUM COMPANY, LLC, et al. | : : | NO. 05-62 |

ORDER

AND NOW, this 24th day of May, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Lockheed Martin Corporation for summary judgment on Counts I through IV and Count VI of the first amended complaint (Doc. #1008) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III         J.
SITTING BY DESIGNATION