```
             IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                        DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT   :    CIVIL ACTION
OF PLANNING AND NATURAL          :
RESOURCES, ALICIA V. BARNES,     :
et al.                           :
                                 :
          v.                     :
                                 :
CENTURY ALUMINUM COMPANY, LLC,   :
et al.                           :    NO. 05-62
```

ORDER

AND NOW, this 24th day of May, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Lockheed Martin Corporation for summary judgment on Counts I through IV and Count VI of the first amended complaint (Doc. #1008) is DENIED.

            BY THE COURT:


            /s/ Harvey Bartle III
            HARVEY BARTLE III    J.
            SITTING BY DESIGNATION