IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| DEPARTMENT OF PLANNING AND NATURAL RESOURCES, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| CENTURY ALUMINUM COMPANY, et al. | : | NO. 05-62 |

### EIGHTH SCHEDULING ORDER

AND NOW, this 15th day of August, 2012, following a telephone conference with counsel, it is hereby ORDERED that:

1. The Seventh Scheduling Order dated February 7, 2012 is VACATED.

2. Any Daubert motion, together with supporting brief, shall be filed and served on or before September 26, 2012.

3. Any brief in opposition to Daubert motions shall be filed and served on or before October 26, 2012.

4. Any reply brief shall be filed and served on or before November 13, 2012.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III        J.
SITTING BY DESIGNATION