IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT : CIVIL ACTION
OF PLANNING AND NATURAL :
RESOURCES, ALICIA V. BARNES, :
et al. :
 :
     v. :
 :
CENTURY ALUMINUM COMPANY, :
et al. : NO. 05-62

ORDER

AND NOW, this 15th day of August, 2012, it is hereby ORDERED that the joint motion of defendants/third party plaintiffs to establish deadline for the filing of summary judgment motions and responses thereto after the court rules on <u>Daubert</u> motions (Doc. #1202) is GRANTED in part and DENIED in part. <u>See</u> Eighth Scheduling Order dated August 15, 2012.

                        BY THE COURT:


                        <u>/s/ Harvey Bartle III</u>
                        HARVEY BARTLE III         J.
                        SITTING BY DESIGNATION