```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                     DIVISION OF ST. CROIX
```

| | | |
|---|---|---|
| COMMISSIONER OF THE DEPARTMENT | : | CIVIL ACTION |
| OF PLANNING AND NATURAL | : | |
| RESOURCES, ALICIA V. BARNES, | : | |
| et al. | : | |
| | : | |
| v. | : | |
| | : | |
| CENTURY ALUMINUM COMPANY, | : | |
| et al. | : | NO. 05-62 |

ORDER

AND NOW, this 26th day of March, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants HOVENSA, LLC and Hess Oil Virgin Islands Corporation to exclude the expert report and testimony of Charles B. Andrews, Ph.D. on certain matters (Doc. #1241) is DENIED;

(2) the motion of Lockheed Martin Corporation to exclude the opinion testimony of Dr. Charles B. Andrews and the opinion testimony of other experts who rely on Dr. Andrews (Doc. #1245) is DENIED; and

(3) the motion of Lockheed Martin Corporation to strike the late-filed declaration of Charles B. Andrews (Doc. #1324) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III            J.
SITTING BY DESIGNATION