```
             IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                        DIVISION OF ST. CROIX


COMMISSIONER OF THE DEPARTMENT    :     CIVIL ACTION
OF PLANNING AND NATURAL           :
RESOURCES, ALICIA V. BARNES,      :
et al.                            :
                                  :
          v.                      :
                                  :
CENTURY ALUMINUM COMPANY,         :
et al.                            :     NO. 05-62
```

ORDER

AND NOW, this 26th day of March, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants HOVENSA, LLC and Hess Oil Virgin Islands Corporation to strike certain paragraphs in the declaration of Syed Syedali and to preclude related testimony (Doc. #1311) is DENIED.

                                  BY THE COURT:


                                  /s/ Harvey Bartle III
                                  HARVEY BARTLE III               J.
                                  SITTING BY DESIGNATION