IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT   :        CIVIL ACTION
OF PLANNING AND NATURAL        :
RESOURCES, ALICIA V. BARNES,    :
et al.                       :
                             :
        v.                  :
                             :
CENTURY ALUMINUM COMPANY,      :
et al.                       :        NO. 05-62

ORDER

        AND NOW, this 26th day of March, 2013, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that:

        (1)  the motion of defendants HOVENSA, LLC and Hess Oil
Virgin Islands Corporation to exclude the expert report and
testimony of Kevin J. Boyle, Ph.D. (Doc. #1238) is DENIED; and

        (2)  the motion of Lockheed Martin Corporation to
exclude expert testimony of Kevin J. Boyle (Doc. #1240) is
DENIED.

                          BY THE COURT:


                          /s/ Harvey Bartle III
                          HARVEY BARTLE III         J.
                          SITTING BY DESIGNATION