IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| COMMISSIONER OF THE DEPARTMENT OF PLANNING AND NATURAL RESOURCES, ALICIA V. BARNES, et al. | : : : : : | CIVIL ACTION |
| v. | : : | |
| CENTURY ALUMINUM COMPANY, et al. | : : | NO. 05-62 |

ORDER

AND NOW, this 8th day of May, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants HOVENSA, LLC and Hess Oil Virgin Islands Corporation to exclude the expert report and testimony of Dr. Remy J.-C. Hennet (Doc. #1236) is DENIED;

(2) the motion of defendant Lockheed Martin Corporation to exclude the opinion testimony of Dr. Remy J.-C. Hennet (Doc. #1256) is DENIED; and

(3) the motion of defendant Lockheed Martin Corporation to strike the declaration of Dr. Remy J.-C. Hennet filed on December 14, 2012 (Doc. #1328) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III                  J.
SITTING BY DESIGNATION