IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| COMMISSIONER OF THE DEPARTMENT OF PLANNING AND NATURAL RESOURCES, ALICIA V. BARNES, et al. | : : : : : | CIVIL ACTION |
| v. | : : | |
| CENTURY ALUMINUM COMPANY, et al. | : : | NO. 05-62 |

ORDER

AND NOW, this 7th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Lockheed Martin Corporation to exclude expert testimony of Jack V. Matson (Doc. #1258) is GRANTED insofar as Dr. Matson is precluded from testifying about the EPA regulations or about whether Lockheed complied with these regulations and is otherwise DENIED.

(2) the motion of defendants HOVENSA, LLC and Hess Oil Virgin Islands Corporation to exclude the expert report and testimony of Jack Matson, Ph.D. (Doc. #1251) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III               J.
SITTING BY DESIGNATION