```
              IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                          DIVISION OF ST. CROIX
```

| | | |
|---|---|---|
| COMMISSIONER OF THE DEPARTMENT<br>OF PLANNING AND NATURAL<br>RESOURCES, ALICIA V. BARNES,<br>et al. | : <br>: <br>: <br>: <br>: | CIVIL ACTION |
| v. | : <br>: | |
| CENTURY ALUMINUM COMPANY,<br>et al. | : <br>: | NO. 05-62 |

<u>ORDER</u>

AND NOW, this 28th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Lockheed Martin Corporation to exclude expert testimony of Dr. Bradley Sample (Doc. #1250) is DENIED; and

(2) the motion of defendant Lockheed Martin Corporation to strike the declaration of Dr. Bradley Sample filed on December 14, 2012 and incorporated memorandum of law (Doc. #1327) is DENIED.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                              HARVEY BARTLE III              J.
                              SITTING BY DESIGNATION
```