```
            IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                      DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT   :      CIVIL ACTION
OF PLANNING AND NATURAL          :
RESOURCES, ALICIA V. BARNES,     :
et al.                           :
                                 :
          v.                     :
                                 :
CENTURY ALUMINUM COMPANY,        :
et al.                           :      NO. 05-62
```

ORDER

AND NOW, this 9th day of July, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Lockheed Martin Corporation to exclude expert testimony of Brian Daley Ph.D., as well as those opinions of Stratus Consulting based upon Dr. Daley's testimony (Doc. #1254) is DENIED; and

(2)  the motion of defendant Lockheed Martin Corporation to strike the declaration of Brian Daley Ph.D. filed on December 14, 2012 and incorporated memorandum of law (Doc. #1322) is DENIED.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                        HARVEY BARTLE III           J.
                                        SITTING BY DESIGNATION