IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| COMMISSIONER OF THE DEPARTMENT OF PLANNING AND NATURAL RESOURCES, ALICIA V. BARNES, et al. | : : : : : | CIVIL ACTION |
| v. | : : | |
| CENTURY ALUMINUM COMPANY, et al. | : : | NO. 05-62 |

ORDER

AND NOW, this 14th day of August, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs to exclude the expert report, opinions, and trial testimony of Richard W. Hurst, Ph.D. (Doc. #1230) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III                J.
SITTING BY DESIGNATION