```
              IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                           DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT      :      CIVIL ACTION
OF PLANNING AND NATURAL             :
RESOURCES, ALICIA V. BARNES,        :
et al.                              :
                                    :
          v.                        :
                                    :
CENTURY ALUMINUM COMPANY,           :
et al.                              :      NO. 05-62
```

ORDER

AND NOW, this 14th day of August, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs to exclude the expert report, opinions, and trial testimony of David P. Wills, P.E. (Doc. #1233) is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                              HARVEY BARTLE III                 J.
                              SITTING BY DESIGNATION