```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                     DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT   :      CIVIL ACTION
OF PLANNING AND NATURAL          :
RESOURCES, ALICIA V. BARNES,     :
et al.                           :
                                 :
          v.                     :
                                 :
CENTURY ALUMINUM COMPANY,        :
et al.                           :      NO. 05-62
```

<u>ORDER</u>

AND NOW, this 15th day of August, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs to exclude the expert report, opinions, and trial testimony of Dr. Ann Morrison (Doc. #1232) is GRANTED insofar as she is precluded from testifying to the cause of eutrophication in the Alucroix Channel and is otherwise DENIED.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                              HARVEY BARTLE III              J.
                              SITTING BY DESIGNATION
```