```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                     DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT    :    CIVIL ACTION
OF PLANNING AND NATURAL           :
RESOURCES, ALICIA V. BARNES,      :
et al.                            :
                                  :
          v.                      :
                                  :
CENTURY ALUMINUM COMPANY,         :
et al.                            :    NO. 05-62
```

ORDER

AND NOW, this 20th day of August, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the plaintiffs to exclude and limit the applicability of certain portions of the expert report and testimony of Thomas C. Ginn, Ph.D. (Doc. #1234) is DENIED.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                              HARVEY BARTLE III           J.
                              SITTING BY DESIGNATION
```