```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                      DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT    :    CIVIL ACTION
OF PLANNING AND NATURAL           :
RESOURCES, ALICIA V. BARNES,      :
et al.                            :
                                  :
          v.                      :
                                  :
CENTURY ALUMINUM COMPANY,         :
et al.                            :    NO. 05-62
```

ORDER

AND NOW, this 28th day of August, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the plaintiffs to exclude certain portions of the expert report, opinions, and testimony of Paul D. Boehm (Doc. #1235) is DENIED.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                              HARVEY BARTLE III            J.
                              SITTING BY DESIGNATION
```